IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA DEBENEDETTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20-cv-525 |
| ) | |
| T.J. POTTER TRUCKING, INC., and ) | |
| THOMAS BARTKOWICZ, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS hereby stipulated by and between Plaintiff and Defendants that this cause of action shall be dismissed with prejudice pursuant to settlement and each party shall bear their own costs of suit.

Danylo Y. Terleckyj
Levinson and Stefani
Attorneys for the Plaintiff
230 W. Monroe Street, Suite 2210
Chicago, Illinois 60606
P: (312) 376-3812
F: (312) 376-3818
dan@levinsonstefani.com
ARDC No.: 6302072

Joseph J. Wilson
Maisel & Associates
Attorneys for the Defendants
161 N. Clark Street, Suite 800
Chicago, Illinois 60601
P: (312) 458-6500
F: (855) 821-7317
jjwilso1@travelers.com
ARDC No.: 6186356